UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JENNIFER RAE SIMATIC,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Civil No.  C23-5361-MLP<br><br>ORDER |

Pursuant to the parties' stipulated motion, the Court hereby ORDERS that this matter is remanded to the Commissioner under 42 U.S.C. § 405(g) (fourth sentence), for further administrative proceedings. Upon remand, the Appeals Council will direct the Administrative Law Judge to reassess all of the medical opinion evidence, in accordance with applicable statutes, regulations, and rulings; offer the claimant the opportunity for a new hearing; take further action to complete the administrative record resolving the above issue; and issue a new decision.

After judgment, Plaintiff may be entitled to reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

DATED this 27th day of November, 2023.

MICHELLE L. PETERSON
United States Magistrate Judge

Page 1    ORDER
         C23-5361-MLP

Presented by:

s/Rami M. Vanegas
RAMI M. VANEGAS
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (617) 565-4280
Email: rami.vanegas@ssa.gov